UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN KRITCHER,

                  Plaintiff

v.

PRUDENTIAL SECURITY, INC. and
GREGORY WIER,

                  Defendant s

Case No. 2:16-cv-12637

Honorable _____

| | |
|---|---|
| BRYAN YALDOU (P70600) | DOMINIC N. HAMDEN (P67745) |
| OMAR BADR (P70966) | Law Office of Dominic N. Hamden |
| Law Offices of Bryan Yaldou, PLLC | Attorney for Defendants |
| Attorney for Plaintiff | 18 W. Main St. |
| 23000 Telegraph Rd., Ste 5 | Milan, MI 48160 |
| Brownstown, MI 48134 | (734) 439-8884 |
| (734) 692-9200 | |

## Affirmative Defenses

Defendants may rely on the following affirmative defenses should this matter proceed to trial:

1. Plaintiff has failed to state a claim upon which relief may be granted;

2. Plaintiff has been compensated for their wages;

3. Any alleged class is of insufficient size to be approved for certification;

4. Certification of a class is not appropriate in this matter.

5. Plaintiff has failed to include a necessary party to this cause of action;

6. Defendant was not an employer of the Plaintiffs;

7. Plaintiff was not an employee of the Defendant;

8. Plaintiff has failed to meet the necessary requirements to qualify for a class action;

9. Defendant Wier is not a proper Defendant in this case as he was never acting within his individual capacity;

10. Plaintiff was paid all wages due in this case;

11. Plaintiff is without damages.

12. Statute of Limitations;

13. Statute of Frauds; and

14. Defendant reserves the right to amend these affirmative defenses.

Dated: October 3, 2016         /s/ Dominic N. Hamden
                                          Dominic N. Hamden (P67745)
                                          Attorney for Defendants
                                          18 West Main St.
                                          Milan, MI 48160
                                          Phone: (734) 439-8884
                                          Fax: (734) 439-1254
                                          dominichamden@gmail.com